# WOLFE LAW
## MIAMI

December 21, 2015

**Via Electronic Mail**
Seth@insurancecaredirect.com
Brad@insurancecaredirect.com
**Individually and on Behalf of
CCS Music Group, LLC**

    Re:    Scott Storch

Dear Mssrs. Cohen,

The undersigned law firm represents Scott Storch regarding CCS Music Group, LLC ("CCS ") and other matters related thereto.

We have reviewed the agreements that you sent to Jason Rubin, claiming to be the Operating Agreement of CCS dated, June 15, 2015, the Amendment, dated June 27, 2015 and the executed exhibits made a part thereof (collectively the "Agreements")

Please advise me within five (5) days, if you are changing your position that these documents (which are attached) are the true and correct copies of the Agreements that you are relying upon or if you assert that some other documents which sets forth the terms of any agreement between yourselves and/or CCS and Mr. Storch.

It appears to us that the Operating Agreement, the amendment and the exhibits are the only documents which supports any possible claim regarding the existence, the creation or operation of CCS and the ownership of any creations of Mr. Storch.

We are putting you on notice that Mr. Storch disavows, voids, terminates and renounces any transfer of any copyrights or rights in favor of CCS and any prospective to CCS under same, for the following reasons:

    1)    The Agreements fail to provide for the requisite exchange of valid consideration in favor of Mr Storch;

    2)    The Agreements are vague and indefinite, missing essential terms;

    3)    The Agreements violate the dictates of F.S. 542.18 and are not valid restrictive covenants in compliance with F.S. 542.335;

    4)    CCS cannot enforce the Agreements because CCS failed to obtain a license to operate as a "talent agent" as is required by F.S. 468.401;

    5)    The Agreements were procured by fraudulent misrepresentations on the

        part of Mssrs. Cohen;

6)      Mr. Storch's signature was fraudulently placed on the Agreements;

7)      To the extent the Agreements purport to transfer any copyright or creation of Mr. Storch, such purported transfer violates the writing requirement of the Copyright Act, specifically 17 USC § 204.

To the extent you rely upon any oral or implied license, same is terminated and revoked.

     Mr. Storch hereby demands that you and CCS cease and desist any further exploitation, use, distribution or dissemination of any of Mr. Storch's copyrights or his name, image or likeness.

     Any such unauthorized acts hereafter will be deemed (inter-alia) intentional acts of copyright infringement, punishable under 17 USC § 204, violations of the Lanham Act, infringement of Mr. Storch's rights under F.S. 540.08, as well as violation of my client's common law rights, which will subject each of you to personal liability for disgorgement, statutory damages, punitive damages and claims for attorney's fees.

     Please return all personal property of Mr. Storch in your possession, specifically certain "raw" and unfinished master recordings made by Mr. Storch. Should you fail to do so within 10 days, we will file suit seeking replevin of same.

     We are aware that you may have entered into certain agreements for my client's producing services and that you may have received monies as a result of same. We hereby demand that you provide to us copies of any such agreement and an accounting of any monies received.

     Finally, we demand that you cease any and all communications with Mr. Storch. Any attempt by you to harass, intimidate, threaten, coerce or embarrass Mr. Storch, which you know to be a claim for a debt which is invalid, will subject you to liability under F.S. 559.72. This is not intended to be a complete statement of all of our clients claims which might be asserted, should you fail to abide by this demand for you to cease and desist.

     This email shall not be deemed a waiver of any of our client's rights at law or in equity, all of which are expressly reserved. Please govern yourself accordingly.

Very truly yours,

*[signature]*

Richard C. Wolfe, Esq.
CC: Scott Storch